UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff <br><br> v. <br><br> ALARM.COM INC. & ALARM.COM HOLDINGS INC., <br><br> Defendants. | Case No.  1:19-cv-12323-LTS |

## JOINT STATUS REPORT

Plaintiff EcoFactor, Inc. ("Plaintiff" or "EcoFactor") and defendants Alarm.com Incorporated and Alarm.com Holdings Inc. (collectively, "Defendants" or "Alarm.com") (together, the "Parties"), pursuant to the Court's order entered on June 23, 2020 (ECF 18), submit this joint status report describing the status of the proceedings in United States International Trade Commission ("ITC") Investigation No. 337-TA-1185, styled *In the matter of Certain Smart Thermostats, Smart HVAC Systems and Components Thereof* (the "ITC Action").

The final initial determination in the ITC Action is set for April 20, 2021, and the target date of the Commission decision is August 20, 2021.  (*See* Ex. A.)  The evidentiary hearing in the ITC Action took place on November 16-19, 2020.  Also, on November 16, 2020, EcoFactor filed an unopposed motion to terminate the Investigation with respect to United States Patent Nos 8,498,753 (the "'753 Patent") and 8,131,497 (the "'497 Patent") as to Alarm.com, which Administrative Law Judge David P. Shaw granted on November 27, 2020.  (*See* Exs. B, C.)

Dated: February 18, 2021 	Respectfully submitted,

        /s/ Anita M. C. Spieth _____
Anita M. C. Spieth (BBO#676302)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-4031
Fax: (617) 502-4031
aspieth@choate.com

Richard J. Stark (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

***Attorney for Defendants Alarm.com Inc. and Alarm.com Holdings***

        /s/ James E. Kruzer _____
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
BIRNBAUM & GODKIN, LLP
470 Atlantic Avenue, 4th floor
Boston, MA 02210
Telephone: (617) 307-6100
Facsimile: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

OF COUNSEL:
    Reza Mirzaie
    Marc A. Fenster
    Paul A. Kroeger
    C. Jay Chung
    Jacob R. Buczko
    RUSS AUGUST & KABAT
    12424 Wilshire Boulevard 12th Floor
    Los Angeles, California 90025
    Tel: 310-826-7474
    Fax: 310-826-6991
    rmirzaie@raklaw.com
    mfenster@raklaw.com

prkoeger@raklaw.com
jchung@raklaw.com
jbuczko@raklaw.com

***Attorneys for Plaintiff EcoFactor, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of this filing to all registered participants.

*/s/ Anita M. C. Spieth*  _____
Anita M. C. Spieth
10104964v1